UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael O. Boyd, | File No. 20-cv-1252 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| FCI Pollock, Warden, | |
| Respondent. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on January 29, 2021. ECF No. 10. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **ACCEPTED**;

2. Petitioner Michael O. Boyd's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 19, 2021         s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court